UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 25 CR 344 JWB/DLM |
| | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| v. | ) 18 U.S.C. § 924(a)(8) |
| | ) 18 U.S.C. § 924(d)(1) |
| CORY DONTA EDWARDS, | ) 18 U.S.C. § 924(c) |
| | ) 18 U.S.C. § 924(e) |
| Defendant. | ) 21 U.S.C. § 841 |
| | ) 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Possession With Intent To Distribute Controlled Substances)

On or about June 10, 2025, in the State and District of Minnesota, the defendant,

**CORY DONTA EDWARDS,**

did knowingly and intentionally possess with intent to distribute controlled substances, namely, mixtures and substances containing detectable amounts of cocaine, cocaine base, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

LT SCANNED
SEP 0 9 2025
U.S. DISTRICT COURT MPLS

United States v. Cory Donta Edwards

## COUNT 2
### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about June 10, 2025, in the State and District of Minnesota, the defendant,

**CORY DONTA EDWARDS,**

did knowingly carry a firearm, that is, a privately manufactured nine-millimeter semiautomatic firearm with no serial number, consisting of a Polymer 80 frame and a Zafiri Precision slide and barrel, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, as alleged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
### (Felon in Possession of Ammunition – Armed Career Criminal)

On or about June 10, 2025, in the State and District of Minnesota, the defendant,

**CORY DONTA EDWARDS,**

having previously been convicted of the following crimes punishable by a term of imprisonment exceeding one year, which were violent felonies or serious drug offenses committed on occasions different from one another:

United States v. Cory Donta Edwards

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Second Degree Murder | Hennepin County, MN | February 17, 1999 |
| Conspiracy to Possess with Intent to Distribute and to Distribute more than 5 Grams and Less than 20 Grams of Cocaine Base | U.S. District Court, District of Minnesota | January 8, 2009 |
| Attempted First Degree Murder | Hennepin County, MN | May 10, 2012 |

and knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is, one or more rounds of Companhia Brasileira de Cartuchos (CBC) nine-millimeter Luger ammunition and Sig Sauer nine-millimeter Luger ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of

3

United States v. Cory Donta Edwards

said violation. The property subject to forfeiture includes, but is not limited to, a privately manufactured nine-millimeter semiautomatic firearm with no serial number, consisting of a Polymer 80 frame and a Zafiri Precision slide and barrel, and rounds of Companhia Brasileira de Cartuchos (CBC) nine-millimeter Luger ammunition and Sig Sauer nine-millimeter Luger ammunition.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of any of Counts 2-3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in with the commission of the violation, including but not limited to, a privately manufactured nine-millimeter semiautomatic firearm with no serial number, consisting of a Polymer 80 frame and a Zafiri Precision slide and barrel, and rounds of Companhia Brasileira de Cartuchos (CBC) nine-millimeter Luger ammunition and Sig Sauer nine-millimeter Luger ammunition.

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON