UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-344 (JWB/DLM)

United States of America,

            Plaintiff,

v.                                  **ORDER FOR APPOINTMENT OF COUNSEL**

Cory Donta Edwards,

            Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Steven Wright, Attorney ID 387336, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 15, 2025                      *s/Jon T. Huseby*
                                                   Honorable Jon T. Huseby
                                                   United States Magistrate Judge