## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

United States of America,                          No. 25-cr-344 (JWB/DLM)

                     Plaintiff,

v.                                                **SECOND AMENDED**
                                                  **ARRAIGNMENT ORDER**
Cory Donta Edwards,

                     Defendant.

_____

        This matter is before the Court on Defendant's Motion for Extension of Time to File

Pretrial Motions (Doc. 21), which seeks an extension of time to file pretrial motions and to

exclude time from the Speedy Trial Act calculations in this case.  As grounds for the

requested continuance, defense counsel indicates that additional time is needed to review

the substantial amount of video discovery in this case, much of which is subject to a

Protective Order.  The motion is not opposed by the Government.  Having reviewed the

motion, and finding good cause,

        **IT IS HEREBY ORDERED** that Defendant's motion (Doc. 21) is **GRANTED** as

follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal

   Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before

   **December 1, 2025**.

2. **Counsel must electronically file a letter on or before December 1, 2025,**

   **if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **December 15, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **December 18, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **November 26, 2025**, is **CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

   a.    The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b.    Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Douglas L. Micko on **January 7, 2026, at 2:00 p.m.**, in Courtroom 6B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.

8. The parties will receive the remaining dates relating to trial by separate order.

9. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the

supporting documents.  Accordingly, the period of time from **November 3, 2025,** the prior motions deadline, to **December 1, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

DATED: November 3, 2025                 *s/Douglas L. Micko*
                                        DOUGLAS L. MICKO
                                        United States Magistrate Judge