UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-344 (JWB/DLM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.            **NOTICE OF SUBSTITUTION**

CORY DONTA EDWARDS,

    Defendant.

Please add the following Special Assistant United States Attorney and remove the following Assistant United States Attorney to the above-captioned case:

<u>Add SAUSA</u>

Torrie Schneider

<u>Remove AUSA</u>

Krisitan Weir

Dated: February 11, 2026      Respectfully submitted,

                            DANIEL N. ROSEN
                            United States Attorney

                            *s/ <u>Kristian Weir</u>*
BY:   KRISTIAN WEIR
        Assistant U.S. Attorney