*KATHERIAN D. ROE
  Federal Defender

*MANNY ATWAL
  First Assistant Defender

CHAD M. SPAHN
  Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
Assistant Defenders

April 30, 2026

***VIA  CM/ECF***
Honorable Douglas L. Micko
U. S. Magistrate Judge
316 North Robert Street, Suite 600
St. Paul, MN 55101

> Re:    *United States v. Cory Donta Edwards*
>          Case No. 25-cr-344 (JWB/DLM)

Dear Judge Micko:

I write to inform the Court that the parties have reached an agreement to resolve this case short of trial.  The plea agreement requires Mr. Edwards to withdraw his pending pretrial motions.  Accordingly, I hereby withdraw our previously filed pretrial motions, ECF Nos. 36, 37, 38, 39, and 40, and request that the motions hearings scheduled for June 1, 2026, be vacated, *see* ECF No. 44.  I will contact Judge Blackwell's chambers to schedule a change of plea hearing.

Sincerely,

*s/Matthew Deates*

MATTHEW DEATES
Assistant Federal Defender

MD/sls

cc:    Torrie Schneider, SAUSA