# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 25-CR-344(1) JWB/DLM |
| | ) | Date: June 30, 2026 |
| v. | ) | Court Reporter: Lori Morrow |
| | ) | Courthouse: St. Paul |
| CORY DONTA EDWARDS, | ) | Courtroom: 7A |
| | ) | Time Commenced: 10:11 a.m. |
| Defendant. | ) | Time Concluded: 10:38 a.m. |
| | ) | Time in Court: 27 Minutes |
| | ) | |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Torrie J. Schneider, Assistant United States Attorney
    For Defendant:  Matthew Deates and Manny Atwal, FPD

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**
    ☒ PLEA:
        ☒ Guilty as to Count 1 of the Indictment.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

s/ D. Dodd
Courtroom Deputy